UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOSE ARTEAGA-RUIZ, JOSE ARTEAGAARTEAGA, AND LILIA RUIZ-ARTEAGA,<br><br>PlaintiffS,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 4:14-cv-00061-BLW<br><br>**ORDER** |

The Court has before it Defendant United States of America's Motion to Dismiss (Dkt. 18), Defendant United States of America's Motion to Seal Presentence Investigation Report (Dkt. 19), and the parties' Stipulation to Hold Case in Abeyance (Dkt. 23). Good cause appearing, the Court will grant the motion to seal and adopt the stipulation. Additionally, given the stipulation to hold the case in abeyance, the Court will deny the motion to dismiss without prejudice, and with leave to re-file after the Supreme Court issues its decisions in the cases referenced in the stipulation.

**ORDER**

**IT IS ORDERED:**

1. Defendant United States of America's Motion to Dismiss (Dkt. 18) is

    **DENIED WITHOUT PREJUDICE**, and with leave to re-file after the

Supreme Court issues its decision in the cases referenced in the stipulation.

2. Defendant United States of America's Motion to Seal Presentence Investigation Report (Dkt. 19) is **GRANTED**.

3. The parties' Stipulation to Hold Case in Abeyance (Dkt. 23) is **GRANTED and ADOPTED** by the Court. The deadlines in the Case Management Order (Dkt. 12) and all case-related activities shall be held in abeyance pending decisions in the Supreme Court cases referenced in the stipulation. The parties shall notify the Court when the Supreme Court issues its decisions in the cases referenced in the stipulation, and the Court will then set a telephonic scheduling conference to revisit or reset the case-related deadlines as may be necessary.

DATED: **October 23, 2014**

B. LYNN WINMILL
Chief U.S. District Court Judge