UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOSE ARTEAGA-RUIZ, *et al*,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 4:14-cv-00061-BLW<br><br>JUDGMENT |

In accordance with the Memorandum Decision and Order entered concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment be entered in favor of defendant, and that this case be dismissed in its entirety.



DATED: February 22, 2016

_____

B. Lynn Winmill

Chief Judge

United States District Court

JUDGMENT – 1